UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IPTRONICS INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AVAGO TECHNOLOGIES U.S., INC., et al.,<br><br>　　　　Defendants. | Case No.　14-cv-05647-BLF<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Re: ECF 3] |

Before the Court is the Administrative Motion to File Document Under Seal by Plaintiffs IPTronics, Inc. and Mellanox Technologies Denmark APS, whereby Plaintiffs seek to seal certain portions of their Complaint that contain information designated "confidential" by Defendants pursuant to protective orders entered in other litigation between the parties. Admin. Mot., ECF 3. As this action was initiated on December 29, 2014, Defendants have not yet appeared.

Civil Local Rule 79-5(e) provides that when a party seeks to seal information designated confidential by another party, the designating party shall provide a declaration in support of sealing within 4 days of the filing of the administrative sealing request. Given the peculiar posture of this sealing request, the Court shall permit Defendants to file a supporting declaration **within four (4) days** of the date when they make their initial appearance. Failure to file a declaration by this extended deadline shall result in an order denying the sealing request pursuant to Civil Local Rule 79-5(e)(2). Plaintiffs are ordered to certify service of this order on Defendants.

**IT IS SO ORDERED.**

Dated: January 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge