UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IPTRONICS INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AVAGO TECHNOLOGIES U.S., INC., et al.,<br><br>    Defendants. | Case No. 14-cv-05647-BLF<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Re: ECF 3] |

Before the Court is the Administrative Motion to File Document Under Seal by Plaintiffs IPTronics, Inc. and Mellanox Technologies Denmark APS. Admin. Mot., ECF 3. Plaintiffs seek to seal portions of their Complaint that contain confidential information subject to a protective order entered in proceedings before the International Trade Commission ("ITC").

Pursuant to Civil Local Rule 79-5(e), defendant Avago Technologies U.S., Inc. ("Avago") submitted a declaration in support of the sealing request. Decl. of Ary Chang, ECF 29. Avago avers that the portions of the Complaint sought to be sealed contain or discuss statements allegedly made by Avago representatives during confidential settlement negotiations in the ITC proceedings, as well as statements made as part of the ITC's Mediation Program, for which the parties in the ITC proceedings signed non-disclosure agreements. Chang Decl. ¶¶ 8-11. Avago contends that these statements are confidential under federal law, as well as the ITC's protective order and non-disclosure agreements, and that Plaintiffs' proposed redactions are narrowly tailored to seal only the sealable information. *Id.* ¶ 11.

Pursuant to *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and Civil Local Rule 79-5, the Court finds compelling reasons to seal the portions of the Complaint that contain or discuss confidential statements made during settlement or mediation. Plaintiffs'

1  Administrative Motion to File Under Seal is accordingly **GRANTED**, and those portions of the
2  Complaint at 10:17-22 and 10:27-11:2 shall remain under seal.  *See* ECF 1 (redacted Complaint).
3      **IT IS SO ORDERED.**
4  Dated: February 5, 2015

                                              BETH LABSON FREEMAN
                                              United States District Judge