Steven D. Hemminger (State Bar No. 110665)
steve.hemminger@alston.com
Xavier Brandwajn (State Bar No. 246218)
xavier.brandwajn@alston.com
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303
Telephone:  650-838-2000
Facsimile:   650-838-2001

Randall L. Allen (State Bar No. 264067)
randall.allen@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile:  404-881-7777

Attorneys for Plaintiffs
IPTRONICS, INC. and MELLANOX TECHNOLOGIES DENMARK APS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IPTRONICS INC. and MELLANOX TECHNOLOGIES DENMARK APS,<br><br>           Plaintiffs,<br><br>     v.<br><br>AVAGO TECHNOLOGIES, U.S. INC., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., AVAGO TECHNOLOGIES TRADING LTD., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD., AND AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD.,<br><br>           Defendants. | **CASE NO.  5:14-cv-05647-BLF (PSG)**<br><br>**NOTICE OF DISMISSAL OF DEFENDANT AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD.** |

1   Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs IPtronics Inc. and Mellanox
2   Technologies Denmark APS, by and through undersigned counsel, hereby dismiss without prejudice
3   Defendant Avago Technologies Fiber IP (Singapore) Pte. Ltd. from this action.

Dated:  February 26, 2015                Respectfully submitted,

ALSTON & BIRD LLP


 /s/   Xavier M. Brandwajn
Steven D. Hemminger
Xavier M. Brandwajn

Attorneys for Defendants and Counterclaimants
IPtronics, Inc. and Mellanox Technologies Denmark ApS

- 1 -
NOTICE OF DISMISSAL
LEGAL02/35393190v1                                              Case No.  5:14-cv-05647-BLF (PSG)

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this date, on behalf of Defendants IPTRONICS, INC. and MELLANOX TECHNOLOGIES DENMARK APS, I electronically filed this **NOTICE OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for the Defendants.

Dated:  February 26, 2015

*/s/ Xavier M. Brandwajn*
Xavier M. Brandwajn