UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IPTRONICS INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AVAGO TECHNOLOGIES U.S., INC., et al.,<br><br>　　　　Defendants. | Case No.  14-cv-05647-BLF<br><br>**ORDER ALLOWING SUBSTITUTE BRIEFING; STRIKING OPPOSITION AND REPLY BRIEF**<br><br>[Re: ECF 44, 45, 48] |

The Court has reviewed the administrative motion for leave to file a sur-reply filed by Plaintiffs, ECF 48, as well as Defendants' opposition thereto, ECF 49. The Court considers the corrected motion that Defendants filed on March 23, 2015 at ECF 43 to be the operative motion. As such, and in the interest of fairness and clarity, the Court finds good cause to STRIKE Plaintiffs' opposition brief filed on March 23, 2015 (ECF 44) and Defendants' reply brief filed on March 30, 2015 (ECF 45) with leave to file substitute briefing relating to the operative corrected motion at ECF 43. This will afford both parties the opportunity to address the changes made in Defendants' corrected motion.

Plaintiffs' substitute opposition brief shall be due **by May 14, 2015**. Defendants' substitute reply brief shall be due **by May 21, 2015**. No additional pages will be permitted, and both parties are advised that the Court will not consider new evidence introduced for the first time in a reply brief.

**IT IS SO ORDERED.**

Dated: April 28, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge