NANCY L. STAGG, CA Bar No. 157034
  nstagg@foley.com
ARY CHANG, CA Bar No. 244247
  achang@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
TELEPHONE:  858.847.6757
FACSIMILE:   858.792.6773

Attorneys for Defendants
AVAGO TECHNOLOGIES U.S. INC.,
AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,
AVAGO TECHNOLOGIES TRADING LTD., AND
AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IPTRONICS INC. and MELLANOX TECHNOLOGIES DENMARK APS,<br><br>                    Plaintiffs,<br><br>vs.<br><br>AVAGO TECHNOLOGIES U.S. INC.,<br>AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br>AVAGO TECHNOLOGIES TRADING LTD.,<br>AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,<br><br>                    Defendants. | Case No. 5:14-cv-05647-BLF (PSG)<br><br>**JOINT STIPULATION TO CONTINUE DATE FOR INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date: July 30, 2015<br>Time: 1:30 p.m.<br>Courtroom: 3, 5th Floor<br>Judge:  Hon. Beth L. Freeman<br><br>Complaint filed:  December 29, 2014 |

Plaintiffs IPtronics Inc. and Mellanox Technologies Denmark APS (collectively, "IPtronics" or "Plaintiffs") and Defendants Avago Technologies U.S., Inc., Avago Technologies General IP (Singapore) Pte. Ltd., Avago Technologies Trading Ltd., and Avago Technologies International Sales Pte. Ltd. (collectively, "Avago" or "Defendants"), hereby agree and stipulate, by and through their attorneys of record, to the following:

1. Plaintiffs filed their Complaint for Antitrust Violations ("Complaint") on December 29, 2014 [Dkt. No. 1];

2. Defendants filed their Corrected Motion to Dismiss Complaint with Prejudice Under Fed. R. Civ. P. 12(B)(6) ("Motion") on March 23, 2015 [Dkt. No. 43];

3. The Court entered an Order setting an Initial Case Management Conference date of July 30, 2015 at 1:30 p.m. [Dkt. 52];

4. Plaintiffs filed their Substitute Opposition to Defendants' Motion to Dismiss on May 14, 2015 [Dkt. No. 55];

5. Defendants filed their reply papers in connection with the Motion to Dismiss on May 21, 2015 [Dkt. No. 56];and

6. The Court heard argument on the Motion and entered a Minute Order on June 11, 2015 taking Defendants' Motion to Dismiss under submission [Dkt. No. 58];

7. As of the filing of this Joint Stipulation the Court has not yet issued an Order on Defendant's Motion, thus leaving the Parties unable to substantively complete their Rule 26 (f) conference and prepare a Joint Case Management Conference Statement;

8. WHEREAS, In light of the foregoing, the Parties jointly propose, subject to the Court's approval, to continue the current hearing date for Initial Case Management Conference from July 30, 2015 to a date to be set by the Court at its convenience for a Conference to occur approximately 21-30 days after the Court issues its Order on the Defendants' Motion to Dismiss Complaint.

///

///

///

///

9. This is the first extension requested by the Parties relating to the July 30, 2015 hearing dates for Initial Case Management Conference.

IT IS SO STIPULATED.

Dated: July 21, 2015                     **FOLEY & LARDNER LLP**

                                         By:   */s/ Nancy L. Stagg*
                                               Nancy L. Stagg
                                               Ary Chang
                                               Attorneys for Defendants
                                               AVAGO TECHNOLOGIES U.S. INC., *ET AL.*


Dated: July 21, 2015                     **ALSTON & BIRD LLP**

                                         By:   */s/ B. Parker Miller*
                                               B. Parker Miller
                                               Xavier Brandwajn
                                               Attorneys for Plaintiffs
                                               IPtronics, Inc. and Mellanox Technologies Denmark ApS

**FILER'S ATTESTATION**

The undersigned filer attests, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of the document has been obtained from the other signatories to this document.

Dated:  July 21, 2015                              **FOLEY & LARDNER LLP**


                                                   By:  */s/ Nancy L. Stagg*
                                                        NANCY L. STAGG
                                                        ATTORNEYS FOR DEFENDANTS
                                                        AVAGO TECHNOLOGIES U.S. INC., ET AL.

1

**~~PROPOSED~~ ORDER**

2

3
The Stipulation of the parties is GRANTED.  The Initial Case Management Conference currently

4
set for July 30, 2015 at 1:30 p.m. is ~~VACATED.~~ CONTINUED to September 17, 2015 at 10:00 a.m.

5
IT IS SO ORDERED.

6
Dated:  July 22, 2015

7
_____
Hon. Beth L. Freeman
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28